```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**THE CIT GROUP/EQUIPMENT FINANCING, INC.**                    PLAINTIFF

       v.               Civil No. 07-5131

**CENTRAL LEASING CORP., LLC;**
**BASIC CONSTRUCTION CO.; and**
**GARY COMBS**                                                 DEFENDANTS

### O R D E R

    Now on this 29th day of February, 2008, comes on for consideration **CIT's Motion For Sanctions, Or In The Alternative, To Compel** (document #6).  The motion addresses certain discovery problems that have arisen between the parties.  In their response, defendants concede that discovery was delayed, and that plaintiffs are entitled to an award of reasonable attorney's fees incurred in filing their motion, but assert that they have now furnished the requested discovery.

    Plaintiffs have informed the Court that they have received the documents requested, but need additional time to complete other discovery in light of the documentation recently furnished.  Both parties agree that discovery should continue until the dispositive motion deadline in this matter, April 3, 2008.

    The Court finds that the parties are working cooperatively to prepare the matter for trial, and that the pending motion should be **granted**, but only to the extent of allowing plaintiffs a reasonable attorney fee for the filing of the motion.  An

affidavit of counsel stating the requested amount should be filed forthwith, and defendants will be allowed ten days to file any objections thereto.

The Court further finds that discovery in this matter should be extended until April 3, 2008.

**IT IS SO ORDERED.**

                                       **/s/ Jimm Larry Hendren**
                                       **JIMM LARRY HENDREN**
                                       **UNITED STATES DISTRICT JUDGE**